No. 736.   REPUBLIC OF IRAQ v. FIRST NATIONAL BANK OF CHICAGO.   C. A. 7th Cir.   Certiorari denied.   *Carl L. Shipley* for petitioner.

No. 740.   ABBAMONTE v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   *Irwin Klein* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 742.   CITY OF CLEVELAND v. PUBLIC UTILITIES COMMISSION OF OHIO ET AL.   Sup. Ct. Ohio.   Certiorari denied.   *William T. McKnight* and *James L. Harkens, Jr.,* for petitioner.   *William Saxbe,* Attorney General of Ohio, and *Theodore K. High,* Assistant Attorney General, for Public Utilities Commission of Ohio, and *John Lansdale* for Cleveland Electric Illuminating Co., respondents.

No. 744.   AMERICAN COMPRESS WAREHOUSE, DIVISION OF FROST-WHITED CO., INC. v. NATIONAL LABOR RELATIONS BOARD.   C. A. 5th Cir.   Certiorari denied. *Thomas E. Shroyer* for petitioner.   *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *Herman M. Levy* for respondent.

No. 749.   SUN OIL Co. v. FEDERAL TRADE COMMISSION.   C. A. 7th Cir.   Certiorari denied.   *Leonard J. Emmerglick, Henry A. Frye* and *Richard L. Freeman* for petitioner.   *Solicitor General Marshall, Assistant Attorney General Turner, Robert B. Hummel, James McI. Henderson* and *Alvin L. Berman* for respondent.